
Date of entry    06/18/2025

    On June 12, 2025, Joseph Martin Ramirez, Date of Birth ▓▓▓▓ 1988, Social Security ▓▓▓▓▓▓▓, Cell Phone Number ▓▓▓▓▓▓▓▓, email ▓▓▓▓▓▓▓@gmail.Com and address ▓▓▓▓▓▓▓▓, Lordsburg, New Mexico, 88045 was interviewed by Special Agent (SA) Lilly Aldana with the Federal Bureau of Investigation (FBI). Ramirez gave the following statements:

    On June 12, 2025, at approximately 3:30 p.m., George Vandenburg went into the Bowlin's Continental Divide Trading Post located at HC 76, Lordsburg, New Mexico, 88045, to purchase fireworks. Ramirez has been working in the Bowling Continental for a total of three weeks as a cashier.

    Vandenburg asked Ramirez what their biggest explosives were in the store. The question is commonly asked by different clients. Therefore, Ramirez began to assist Vandenburg on his purchase. Vandenburg began to express that he wanted to make pipe bombs to throw at police officers and government officials at the California riots.

    Ramirez told Vandenburg that throwing the fireworks at officers would be dangerous and could harm himself. However, Vandenburg informed Ramirez that he was prior military in special forces and knew how to make bombs. Vandenburg expressed that he wanted to injure and kill some officers. Vandenburg invited Ramirez to come with him and meet with his platoon in California for the riots.

    Vandenburg told Ramirez that he had 80 year old mortar explosives in his vehicle that he was planning on using. Vandenburg had just been in the San Diego, California riots. Ramirez became concerned with Vandenburg's intentions and spoke to his manager. Ramirez expressed that he did not feel comfortable selling any fireworks to Vandenburg. However, the store manager sold the fireworks to Vandenburg after checking in with her supervisor.

    After Vandenburg's purchase, he was observed leaving in a grey bronco with Montana license plates- 660026D. Vandenburg was observed drive off on interstate 10 heading towards Arizona.

**GOVERNMENT EXHIBIT 1**

Investigation on   06/12/2025   at   Las Cruces, New Mexico, United States (Phone)

File # ▓▓▓▓▓▓▓▓      Date drafted   06/17/2025

by   LILLY ALDANA

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

**Ramirez provided the following description:**

Subject: Unknown Male

Ethnicity: White

Height: 5'10

Built: slim (fit)


Interviewing notes were saved as a 1A.