FD-302 (Rev. 5-8-10)

## FEDERAL BUREAU OF INVESTIGATION

Date of entry    07/28/2025

Chief Petty Officer Tyler B Bentley, date of birth ████, 1988, telephone number ████████, was telephonically interviewed by Special Agent (SA) Lilly Aldana with the Federal Bureau of Investigation (FBI). After being advised of the identity of the interviewing Agent and the nature of the interview, Bentley provided the following information:

Officer Bentley went through training with the Navy Seals with Vandenberg. Officer Bentley was in team 5, while Vandenberg was in team 7. Vandenberg was a great in training, very social and good at what he did. However, things began to change for Vandenberg once his mother passed away and he left the Seal's team. Officer Bentley is not sure on why Vandenberg left the Seals. Officer Bentley last saw Vandenberg about four years ago in person.

Officer Bentley suspects that Vandenberg suffers from some mental health illness or is using drugs. Officer Bentley beleives this due to erotic behavior that Vandenberg has had in the past. About four years ago, Officer Bentley knew that Vandenberg was homeless and asked Officer Bentley for his address so that he could get things sent to that address and add it on applications. The address  that he gave Vandenberg was ████████ ████████ Coronado, California 92118.

Some of the erratic behavior that Vandenberg began to demonstarte was random text messages in the middle of the night. Vandenberg began to call Officer Bentley like 9 calls back to back after not even speaking to Officer Bentley for months. Vandenberg would send 10 text messages back to back that were not coherent and made no sense. Officer Bentley had to block Vandenberg due to his behavior. This made Officer Bentley belive that Vandenberg was probably using drugs. Vandenberg's physical appearance also changed after he left the Seals. Vandenberg was always clean cut. After the Seals, Vandenberg's appearance changed, his beard was scruffy and his teeth became yellow. Vandenberg looked like he had given up on his hygiene.

Officer Bentley confirmed that in the Navy Seal training they spend two months in explosive school, which is the phase 3 of training. Officer

**GOVERNMENT EXHIBIT 12**

Investigation on    07/22/2025    at    Las Cruces , New Mexico, United States (Phone)

File # ████████                                                Date drafted    07/23/2025

by    LILLY ALDANA

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

US v. Gregory VANDENBERG    713

(U) Interview-Chief Petty Officer Tyler B

Continuation of FD-302 of Bentley _____, On  07/22/2025 , Page  2 of 2

Bentley cannot remember exactly but he thinks that Vandenberg was a breacher which they go thorough a training that is mostly about explosives. Officer Bentley recalls a night that agent Brent Howlett form the Naval Criminal Investigative Service (NCIS) came to his house looking for Vandenberg due to some threats that he made in Las Vegas, Nevada back in 2022/2023. Officer Bentley is not surprise that something like this would happen to Vandenberg because he did not seem to be in the right set of mind.

Interviewing notes had been saved as a 1A.