IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. <u>25-CR-2558-SMD</u> |
| ) | |
| vs. ) | |
| ) | |
| **GREGORY VANDENBERG,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

**UNITED STATES' WITNESS LIST**

The United States files this list of witnesses that it may call during trial in either its case-in-chief or rebuttal case. The United States reserves the right to file a Supplemental Witness List should additional witnesses become necessary or available.

1. Witnesses from car accident on Fort Bliss in El Paso, Texas:

    a. Aiden Rubio
    b. Richard Estrada

2. Witnesses from Bowlin's Continental Divide Trading Post:

    a. Joe Ramirez, Store Clerk
    b. Shannon Fitzpatrick, Store Manager
    c. Alfredo Villegas, Store Supervisor

3. Representative from the Hidalgo County Sheriff's Department (regarding 911 call)

4. One or more Tucson Police Department Officers, including:

    a. Officer David Sanchez
    b. Officer Christopher Oliver
    c. Officer Gabriel Higuera
    d. Officer Jason Barton
    e. Officer Stephen Parker
    f. Officer Jason Bredehoft
    g. Officer Justin Lane

      h. Officer Alicia Vasquez
      i. Officer Benjamin Soltero
      j. Officer Joshua Camacho
      k. Officer Bradley Kush
      l. Officer Garrett Behan
      m. Officer Chad Barker
      n. Officer Tanner Wolverton
      o. Officer Marena Bedoya
      p. Officer Daniel Lee
      q. Officer Travis Mott
      r. Officer Alexander Bianchi
      s. Officer Christian Nash
      t. Officer Adam Roebke

5. One or more of the following FBI Agents:

      a. Rodney Chad Roberts
      b. Sean Macmanus
      c. Dawn Monahan
      d. LeRoy Hoiland
      e. Mitchel Hagen
      f. Rachel Williamsen
      g. Dallas Clemishire
      h. Nicole Wood
      i. Michael Bouffard
      j. Lindsey Hampton
      k. James M. Keefe
      l. Patrick Garry
      m. John Edwards
      n. Dave Neal
      o. Joshua Ardnt
      p. Blake Barth
      q. Mike Bouffard
      r. Kristin Deacon
      s. Morgan Lynn Scott
      t. Christina Varela
      u. Eric Brantley
      v. Stephanie Vasquez

6. Kavesh Gieowar-Singh, FBI AZ (conducted interview of Defendant)

7. Joseph P. Shramovich, FBI AZ Senior Digital Forensic Examiner

8. Marchand T. MacDermotRoe, FBI Extremist Expert

9. Kerri L. Giroux, FBI Chemist and Forensic Examiner

10. Michael S. Anthony, FBI ABQ Bomb Technician

11. Lilly Aldana, FBI Case Agent

12. Captain Patrick Howie, Dona Ana County Detention Center

13. Monique Epperson, Wynn Las Vegas employee

14. One or more of the following individuals who transported Defendant:

    a. Heather Snide, Supervisory CBP Officer and FBI TFO AZ
    b. Marco Balderrama, ICE/ERO TFO AZ

Respectfully submitted,

RYAN ELLISON
Acting United States Attorney

*/s/ Electronically filed on 11/17/2025*
GRANT GARDNER
RICHARD WILLIAMS
Assistant United States Attorneys
200 N. Church Street
Las Cruces, New Mexico 88001
(575) 522-2304 – Telephone

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send electronic notification to defense counsel of record on this date.

*/s/ Electronically filed on 11/17/2025*
GRANT GARDNER
Assistant United States Attorney