IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. <u>25-2558 SMD</u> |
| | ) | |
| vs. | ) | |
| | ) | |
| **GREGORY VANDENBERG,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## UNITED STATES' FOURTH AMENDED EXHIBIT LIST

The United States of America hereby submits the attached amended list of exhibits for the convenience of the Court and counsel, and without waiving the right to introduce different or additional exhibits, to be used during trial.

| EX. NO. | DESCRIPTION | OFF'D.? | STIP.? | DEF. OBJ.? | RULING |
|---|---|---|---|---|---|
| 1. | Photo of vehicle accident on 6/10/25 at Fort Bliss | | S | | |
| 2. | Defendant's 6/11/25 text to Richard Estrada about the accident | | S | | |
| 3. | Defendant's 6/11/25 text to Erick Lopez about the accident | | S | | |
| 4. | Security footage of Defendant in Bowlin (all three cameras) | | S | | |
| a. | Security footage of fireworks section | | S | | |
| b. | Security footage of cashier counter | | S | | |
| c. | Security footage of overhead view of counter | | S | | |
| 5. | Bowlin's video footage of Black Cat 5" mortar rounds being used | | S | | |
| 7. | Black Cat 5" mortar rounds Defendant purchased | | S | | |
| 8. | M-150 firecrackers Defendant Purchased | | S | | |

| EX. NO. | DESCRIPTION | OFF'D? | STIP.? | DEF. OBJ.? | RULING |
|---|---|---|---|---|---|
| 9. | Bodycam footage of Defendant's arrest | | S | | |
| 10. | Bodycam footage of Defendant initiating conversations with FBI agents while awaiting interview | | S | | |
| a. | Excerpt from bodycam footage (21:30 to 24:21) | | S | | |
| 11. | Audio recording of FBI interview with Defendant | | S | | |
| a. | Audio recording of FBI interview with Defendant, with subtitles from interview transcript | | S | | |
| 19. | Bronco Search Photo – receipt, paperwork, and IDs | | S | | |
| 21. | Bronco Search Photo – exterior of both passenger doors (after vehicle searched) | WD | S | | |
| 27. | Bronco Search Photo – driver's side (doors closed) (after vehicle searched) | | S | | |
| 33. | Bronco Search Photo – duct tape and other items on driver seat (before contents of vehicle searched) **Note: Gov't seeking the Court's reconsideration** | | | O | Excluded |
| 34. | Bronco Search Photo – fireworks (before contents of vehicle searched) | | S | | |
| 35. | Bronco Search Photo – fireworks (before contents of vehicle searched) | | S | | |
| 36. | Bronco Search Photo – inside passenger rear door (before contents of vehicle searched) **Note: Gov't seeking to admit in lieu of Exhibit 21** | | | O | |
| 38. | Bronco Search Photo – inside passenger front door near floor (before contents of vehicle searched) **Note: Gov't seeking to admit in lieu of Exhibit 21** | | | O | |
| 40. | Bronco Search Photo – items retrieved from Bronco, including Quran | | | | |
| 42. | Bronco Search Photo – rolled-up t-shirts in container (close up) | | S | | |
| 52. | Bronco Search Photo – t-shirt with Caucasian Front flag | | S | | |
| 56. | Bronco Search Photo – t-shirt with Al-Qaeda flag (close up) | | | O | |
| 58. | Bronco Search Photo – t-shirt with "Judea must be destroyed" Latin reference | | S | | |
| 59. | Bronco Search Photo – t-shirt with reference to Israeli attack on the USS Liberty in 1967 | | S | | |
| 63. | Bronco Search Photo – trunk space (close up) (after vehicle searched) | WD | S | | |

2

| EX. NO. | DESCRIPTION | OFF'D.? | STIP.? | DEF. OBJ.? | RULING |
|---|---|---|---|---|---|
| 64. | Bronco Search Photo – fireworks in bag | | S | | |
| 66. | Bronco Search Photo – M-150 fireworks and other items | | S | | |
| 67. | Bronco Search Photo – M-150 fireworks and other items | | S | | |
| 68. | Bronco Search Photo – M-150 fireworks | | S | | |
| 69. | Bronco Search Photo – cellphone | | S | | |
| 70. | Bronco Search Photo – cellphone (back) | | S | | |
| 71. | Bronco Search Photo – cellphone with home screen on, showing Taliban flag | | S | | |
| 72. | Bronco Search Photo – Thin Blue Line American Flag | | S | | |
| 73. | Bronco Search Photo – Thin Blue Line American Flag (close up) | | S | | |
| 74. | Bronco Search Photo – map of the Fort Bliss facilities | | S | | |
| 75. | Bronco Search Photo – map of the Fort Bliss facilities (close up) | | S | | |
| 76. | Cell Phone Download – Defendant's text to Erick Lopez of 10-second antisemitic and anti-Trump video of Trump speaking to a crowd with a dubbed over voice | | S | | |
| a. | Corresponding video file | | S | | |
| 77. | Cell Phone Download – Defendant's text to Erick Lopez of 5-second antisemitic and anti-Trump video | | S | | |
| a. | Corresponding video file | | S | | |
| 80. | Cell Phone Download – antisemitic image | | | O | waiting expert testimony |
| 81. | Cell Phone Download – antisemitic text thread | | | O | (see 80) |
| 84. | Cell Phone Download – antisemitic and anti-President Trump video information | | | O | (see 80) |
| a. | Corresponding video file | | | O | (see 80) |
| 87. | Cell Phone Download – image of President Trump supporting Israel | | | O | (see 80) |
| 88. | Cell Phone Download – information for anti-President Trump video ("Rape This Guy") | | | O | (see 80) |

| EX. NO. | DESCRIPTION | OFF'D.? | STIP.? | DEF. OBJ.? | RULING |
|---|---|---|---|---|---|
| a. | Corresponding video file | | | O | (see 80) |
| 93. | Cell Phone Download – anti-President Trump image | | | O | (see 80) |
| 96. | Cell Phone Download – antisemitic image | | | O | (see 80) |
| 97. | Cell Phone Download – antisemitic image | | | O | (see 80) |
| 100. | Cell Phone Download – Amalek (antisemitic) image | | | O | (see 80) |
| 101. | Cell Phone Download – Ivdea Delenda Est image ("Judea must be destroyed") | | | O | (see 80) |
| 103. | Cell Phone Download – image of California's "Insurrection" against President Trump | | | O | (see 80) |
| 104. | Cell Phone Download – image of Defendant's internet searches on 6/2/2025 for "taliban flag order" and 6/12/2025 for "nuke israel" and "nuke israel shirt" | | | O | (see 80) |
| a. | Continuation of image from internet searches | | | O | (see 80) |
| 105. | Cell Phone Download – information for 29-second video that depicts the ISIS flag | | | O | (see 80) |
| a. | Corresponding still shot from video | | | O | (see 80) |
| 108 | Cell Phone Download – Defendant's text to Erick Lopez with links to live feeds of the Los Angeles protests **Note: exhibit updated** | | | O | |
| b. | Additional corresponding image (link to live feeds) | | | O | |
| c. | Corresponding video from live feed | | | O | |
| c1. | Clip from video of live stream (28 seconds) | | | | |
| c2. | Additional clip from video of live stream (34 seconds) | | | | |
| 110. | Cell Phone Download – text message timestamped 6/9/2025 5:06:00 PM ("NoKings" calling for an uprising text) | | S | | |
| 111. | Cell Phone Download – text message timestamped 6/9/2025 2:53:29 PM ("No Kings" text) | | S | | |
| 112. | Cell Phone Download – text message timestamped 6/10/2025 3:17:22 AM (No Kings information) | | S | | |
| 113. | Cell Phone Download – text message timestamped 6/9/2025 9:18:20 PM (No Kings information) | | S | | |
| 117. | Cell Phone Download – text message timestamped 6/8/2025 11:13:17 PM (LA protests) | | S | | |

4

| EX. NO. | DESCRIPTION | OFF'D.? | STIP.? | DEF. OBJ.? | RULING |
|---|---|---|---|---|---|
| 118. | Cell Phone Download – text message timestamped 6/8/2025 9:12:45 PM (LA protests) | | | O | |
| 119. | Cell Phone Download – text message timestamped 6/9/2025 9:20:36 PM (LA protests) | | | O | |
| 120. | Cell Phone Download – text message timestamped 6/8/2025 12:50:15 AM (LA protests) | | | O | |
| 122. | Cell Phone Download – text message timestamped 6/10/2025 9:56:39 PM (LA protests) | | | O | |
| 123. | Cell Phone Download – text message timestamped 6/9/2025 7:54:16 PM (LA protests) | | | O | |
| 124. | Cell Phone Download – text message timestamped 6/8/2025 1:39:56 AM (LA protests) | | | O | |
| 125. | Cell Phone Download – image of Al-Qaeda flag | | | O | |
| 128. | Cell Phone Download – image of Taliban flag | | | O | |
| 130. | Cell Phone Download – data for video of the Taliban flag | | | O | |
| a. | Corresponding video | | | O | |
| 141. | Cell Phone Download – text dated 6/3/2025 regarding going to the Grand Canyon | | S | | |
| 158. | Jail Call - 8-12 1222 | | | O | |
| a. | Clip of Jail Call 8-12 1222 | | | O | |
| b. | Clip of Jail Call 8-12 1222 | | | O | |
| c. | Clip of Jail Call 8-12 1222 | | | O | |
| d. | Clip of Jail Call 8-12 1222 | | | O | |
| 160. | Jail Call - 8-15 0647 | | | O | |
| a. | Clip of Jail Call - 8-15 0647 | | | O | |
| b. | Clip of Jail Call - 8-15 0647 | | | O | |
| c. | Clip of Jail Call - 8-15 0647 | | | O | |
| d. | Clip of Jail Call - 8-15 0647 | | | O | |
| e. | Clip of Jail Call - 8-15 0647 | | | O | |

5

| Ex. No. | Description | Off'd? | Stip.? | Def. Obj.? | Ruling |
|---|---|---|---|---|---|
| f. | Clip of Jail Call - 8-15 0647 | | | O | |
| 161. | Jail Call - 8-16 1154 | | | O | |
| a. | Clip of Jail Call - 8-16 1154 | | | O | |
| b. | Clip of Jail Call - 8-16 1154 | | | O | |
| 162. | Jail Call - 8-16 1214 | | | O | |
| a. | Clip of Jail Call - 8-16 1214 | | | O | |
| b. | Clip of Jail Call - 8-16 1214 | | | O | |
| c. | Clip of Jail Call - 8-16 1214 | | | O | |
| 163. | Jail Call - 8-18 0829 | | | O | |
| a. | Clip of Jail Call - 8-18 0829 | | | O | |
| b. | Clip of Jail Call - 8-18 0829 | | | O | |
| c. | Clip of Jail Call - 8-18 0829 | | | O | |
| d. | Clip of Jail Call - 8-18 0829 | | | O | |
| e. | Clip of Jail Call - 8-18 0829 | | | O | |
| f. | Clip of Jail Call - 8-18 0829 | | | O | |
| 234. | Photo of Black Cat 5" mortar rounds in box, back of box | | S | | |
| 235. | Photo of Black Cat 5" mortar rounds out of box | | S | | |
| 239. | Joe Ramirez's call to Hidalgo County Sheriff's Office on 6/12/25 | | S | | |
| 240. | Defendant's receipt from fireworks purchase at Bowlin's on 6/12/25 | | S | | |
| 241. | Bronco Search Photo – view inside the back door | | | | |
| 242. | Bronco Search Photo – estimate of collision center in El Paso on 6/11/25 | | S | | |
| 243. | Bronco Search Photo – receipt for lodging at Fort Bliss for two nights (6/10-6/11) | | S | | |

| Ex. No. | Description | Off'd? | Stip.? | Def. Obj.? | Ruling |
|---|---|---|---|---|---|
| 244. | Bronco Search Photo – Defendant's U.S. military ID, credit cards, and receipt | | S | | |
| 245. | Bronco Search Photo – showing back of Defendant's U.S. military ID, back of credit cards, and receipt | | S | | |
| 246. | Still photo of Defendant at checkout counter at Bowlin's | | S | | |
| 247. | Drawing of store layout of Bowlin's | | | | |
| 248. | Defendant's text about needing to "be on the road asap" | | S | | |
| 249. | Defendant's voicemail for Richard Estrada | | S | | |
| 254. | Search of California's Office of the State Fire Marshal website, showing no licenses (including "Fireworks and Explosives") for Defendant | | S | | |
| 255. | Transcript – Joe Ramirez's call to law enforcement, 6/12/25 (demonstrative aid to Ex. 239) | Dem. Aid | S | | |
| 256. | Transcript – Defendant's jail call, 8/12/25 (demonstrative aid to Ex. 158) | Dem. Aid | S | | |
| 257. | Transcript – Defendant's jail call, 8/15/25 (demonstrative aid to Ex. 160) | Dem. Aid | S | | |
| 258. | Transcript – Defendant's jail call, 8/16/25 (demonstrative aid to Ex. 161) | Dem. Aid | S | | |
| 259. | Transcript – Defendant's jail call, 8/16/25 (additional call) (demonstrative aid to Ex. 162) | Dem. Aid | S | | |
| 260. | Transcript – Defendant's jail call, 8/18/25 (demonstrative aid to Ex. 163) | Dem. Aid | S | | |
| 265. | Transcript – custodial interview of Defendant, 6/13/25 (demonstrative aid to Ex. 11a) | Dem. Aid | S | | |
| 266. | Bank Records of Defendant (American First Bank) | | S | | |
| 267. | Bank Records of Defendant (Navy Federal) | | S | | |
| 268. | Defendant's text to Fort Bliss Police Officer James Eskridge about needing to "be on the road asap" | | S | | |
| 269. | Excerpt from Defendant's text to Joe Breceda about creating an AMALEK t-shirt | | | | |
| a. | Photo from text excerpt to Joe Breceda | | | | |
| 270. | Transcript of Defendant initiating conversations with FBI while awaiting interview (demonstrative aid to Ex. 10a) | Dem. Aid | S | | |
| 271. | Parties' signed stipulation that fireworks are explosives | | S | | |

| EX. NO. | DESCRIPTION | OFF'D.? | STIP.? | DEF. OBJ.? | RULING |
|---|---|---|---|---|---|
| 272. | Report of calls Defendant had with Arizona area codes from 5/13/25 to 6/13/25 | | | | |
| 273. | Cell phone location information, showing Defendant's arrival and stay at Davis-Monthan Air Force Base | | | | |
| a. | Map showing GPS coordinates at Davis-Monthan Air Force Base | | | | |
| b. | Cell phone location information, showing stay at Air Force Inns at Davis-Monthan Air Force Base | | | | |
| c. | Map showing GPS coordinates at Air Force Inns Davis-Monthan Air Force Base | | | | |
| 274. | Picture of Bowlin's | | | | |
| a. | Outside of Bowlin's from the side view | | | | |
| b. | Close-up of entrance #1 into Bowlin's | | | | |
| c. | Close-up of entrance #2 into Bowlin's | | | | |
| d. | Entryway of Bowlin's | | | | |
| e. | Front counter at Bowlin's | | | | |
| f. | Counter, main door, and hallway to fireworks section at Bowlin's | | | | |
| g. | Hallway #1 leading to fireworks section at Bowlin's | | | | |
| h. | Hallway #1, leading away from fireworks section at Bowlin's | | | | |
| i. | Hallway #2, leading away from fireworks section at Bowlin's | | | | |
| j. | Hallway #2, leading away from fireworks section and towards office at Bowlin's | | | | |
| k. | Hallway #2, leading away from fireworks section and closer towards office at Bowlin's | | | | |
| l. | View of office door at Bowlin's | | | | |
| m. | Hallway #2, leading towards fireworks section and showing office door at Bowlin's | | | | |
| 275. | Log of Jail Calls through 12/1/25 | | | | |
| 276. | Possible additional exhibit regarding Defendant's internet search on 6/12/25 for "nuke israel" and "nuke israel shirt" | | | | |
| 277. | Snapshot of report of SMS messages Defendant had with Arizona area codes from 5/13/25 to 6/13/25 | | | | |

| EX. NO. | DESCRIPTION | OFF'D.? | STIP.? | DEF. OBJ.? | RULING |
|---|---|---|---|---|---|
| a. | Information on first phone number from Defendant's SMS messages with Arizona area code. | | | | |
| b. | Information on second phone number | | | | |
| c. | Information on third phone number | | | | |
| 278. | A text message that Defendant sent on 5/20/25 in which Defendant refers to Jewish people in a derogatory manner | | | | |
| 279. | Photo of rear area of vehicle, as the FBI search team discovered it before the team began searching the contents of the vehicle, showing Defendant's sleeping bag next to the bag of mortar round fireworks that he purchased **Note: Gov't seeking to admit in lieu of Exhibit 63** | | | | |
| 280. | Photo of Bowlin's Fireworks sign on I-10 west, shortly before exit 42 (the exit for Bowlin's) | | | | |

Respectfully Submitted,

TODD BLANCHE
Deputy Attorney General
RYAN ELLISON
Acting United States Attorney

*Electronically filed on 12/23/2025*
GRANT GARDNER
JONI AUTREY STAHL
Assistant United States Attorneys
200 N. Church Street
Las Cruces, NM 88001
(575) 522-2304

I HEREBY CERTIFY that I electronically filed the foregoing using the CM/ECF system which will send notification to defense counsel of record by electronic means.

*/s/*_____
GRANT B. GARDNER
Assistant United States Attorney

9