**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. <u>25-cr-2558-SMD</u> |
| | ) | |
| vs. | ) | |
| | ) | |
| **GREGORY VANDENBERG**, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER GRANTING MOTION TO CONTINUE SENTENCING HEARING

THIS MATTER is before the Court on the parties' Joint Motion to Continue Sentencing Hearing (Doc. 172) ("Motion"). The Court finds the Motion to be well taken and hereby **GRANTS** it.

**IT IS THEREFORE ORDERED** that Defendant's objections to the Presentence Investigation Report (PSR) (Doc. 169) and Defendant's sentencing memorandum are due no later than **June 30, 2026**.

**IT IS FURTHER ORDERED** that the United States responses to Defendant's PSR objections and to Defendant's sentencing memorandum are due no later than **July 14, 2026**.

**IT IS FINALLY ORDERED** that Defendant's sentencing hearing will be set for a later date

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE