UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

August 06, 2026

Ms. Cori A. Harbour
Harbour Law Firm
701 North Saint Vrain
El Paso, TX 79902

**RE:**   **26-2131, United States v. Vandenberg**
Dist/Ag docket: 2:25-CR-02558-SMD-1

Dear Counsel:

This court has received and docketed an appeal in the above-referenced case, and the appeal number is above. Please note the following requirements, which must be completed **within 14 days.**

**APPELLANT** must file:

- **An entry of appearance and certificate of interested parties** per 10th Cir. R. 46.1(A) and (D). All attorneys representing the same party should sign and file a single entry of appearance form.
- **A docketing statement** per 10th Cir. R. 3.4.
- **A transcript order form or notice that no transcript is necessary** per 10th Cir. R. 10.2. This form must be filed in **both** the district court and this court.
- **A designation of record** per 10th Cir. R. 10.3(A). This form must be filed in **both** the district court and this court
- *Either* **a motion to continue your CJA appointment** *or* **a motion to withdraw** per 10th Cir. R. 46.3(B).

  **PLEASE NOTE:** A defendant's trial counsel in criminal and post-conviction cases **must** perfect the appeal before seeking to withdraw. This is the case even if counsel did not file the notice of appeal. Perfecting the appeal requires filing an entry of appearance, docketing statement, and transcript order form (ordering transcript(s) of any change of plea, trial, and sentencing hearings that took place in the district court). 10th Cir. R. 46.3(A).

**APPELLEE** must file:

- **An entry of appearance and certificate of interested parties** per 10th Cir. R. 46.1(A) and (D). All attorneys representing the same party should sign and file a single entry of appearance form. Attorneys that do not enter an appearance within the specified time frame will be removed from the service list.

**THE GOVERNMENT** must file:

- **A disclosure statement** per Fed. R. App. P. 26.1 and 10th Cir. R. 26.1. A disclosure statement must be filed even if there is nothing to disclose. Rule 26.1 disclosure statements must be promptly updated as necessary to keep them current.

The Federal Rules of Appellate Procedure, the Tenth Circuit Rules, and forms for the aforementioned filings are on the court's website. The Clerk's Office has also created a set of quick reference guides and checklists that highlight procedural requirements of appeals filed in this court.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:     Grant Gardner
        Stephen R. Kotz
        Joni Autrey Stahl
        Richard Callaway Williams

CMW/klp

2