

**Erik Paltrow**
Clerk of Court

# UNITED STATES DISTRICT COURT
## District of New Mexico
### Office of the Clerk

**PETE V. DOMENICI U.S. COURTHOUSE**
333 Lomas Blvd. N.W., Suite 270
Albuquerque, NM 87102
505-348-2000 ◆ Fax 505-348-2028

**DIVISIONAL OFFICES**

106 South Federal Place
Santa Fe, NM 87501
505-988-6481
Fax 505-988-6473

100 North Church Street
Las Cruces, NM 88001
575-528-1400
Fax 575-528-1425

August 7, 2026

*Via Notice of Electronic Filing*
Chris Wolpert, Clerk
United States Court of Appeals for the Tenth Circuit
The Byron White United States Courthouse
1823 Stout Street
Denver, CO 80257

  Re: *SUPPLEMENTAL PRELIMINARY RECORD*
*USA vs. Vandenberg 2:25-cr-2558 SMD, 26-2131*

Dear Mr. Wolpert:

  A Notice of Appeal was filed in the above referenced case.   The attached preliminary record consists of the Notice of Appeal on Amended Judgment filed August 6, 2026, Amended Judgment filed August 7, 2026, and a copy of the docket entries.

  The docket and appeal fee has been:

  ☐  Paid

  ☐  Paid in part

  ☐  Not paid

  ☒  Waived

  Counsel for appellant is required to retrieve the appropriate forms for the appeal by referring to the United States Court of Appeals for the Tenth Circuit website at www.ca10.uscourts.gov, and referring to "Forms" located in the "Case Management" tab.

      Sincerely,

      ERIK PALTROW
      Clerk of Court


      By: Joey Nieto
      Deputy Clerk